AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JEFFREY KWASI DANKWAH MENSAH<br><br>*Defendant(s)* | Case No.  1:18-MJ-164 |

**FILED MAR 30 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 29, 2018__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a) and 846 | Conspiracy to distribute 500 grams or more of cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Tobias D. Tobler/William G. Clayman

_____
*Complainant's signature*

Cameron Foster, Special Agent, DHS/HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/30/2018

City and state:  Alexandria, Virginia

_____ /s/
Ivan D. Davis
United States Magistrate Judge