JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                                     U.S. District Court

**Place of Offense:**          Under Seal: Yes ___ No X     Judge Assigned: _____

City _____ Superseding Indictment _____ Criminal Number: _____

County/Parish Prince William   Same Defendant   X     New Defendant _____

       Magistrate Judge Case Number 1:17-MJ-164   Arraignment Date: _____

       Search Warrant Case Number _____

       R 20/R 40 from District of _____

       Related Case Name and No: _____

Defendant Information:

Juvenile – Yes ___ No X   FBI # _____

Defendant Name: JEFFREY KWASI DANKWAH MENSAH    Alias Name(s) _____

Address: _____

Employment: _____

Birth date x/xx/1978   SS# _____ Sex M Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

Interpreter: X No ___ Yes List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

___ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond __

Defense Counsel Information:

Name: _____    ___ Court Appointed    Counsel conflicted out: _____

Address: _____    ___ Retained _____

Telephone: _____    ___ Public Defender    Federal Public Defender's Office conflicted out: ___

U.S. Attorney Information:

SAUSA William G. Clayman    Telephone No: 703-299-3744    Bar # _____

Complainant Agency, Address & Phone Number or Person & Title:

Cameron Foster, Special Agent with the Department of Homeland Security, Homeland Security Investigations

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC § 841(a) and 846 | Possession with Intent to Distribute Cocaine | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 3/30/18    Signature of SAUSA: _____