# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

UNITED STATES

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: 18mj164
HEARING: PH/DH
DATE: 4/3/18
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

VS.

DEFENDANT(S): Jeffrey Kwasi Dankwah Mensah

COUNSEL FOR UNITED STATES: Bill Clayman
COUNSEL FOR DEFENDANT: Todd Richman
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
(X) PRELIMINARY EXAMINATION WAIVED
(X) COURT FINDS PROBABLE CAUSE
(X) GOVT NOT SEEKING DETENTION
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
(X) DEFT PLACED ON PR BOND WITH CONDITIONS    ( ) DEFT CONTINUED ON BOND
(X) DEFT. (X) REMANDED until conditions are met

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT CONTINUED ON PROBATION

**CONDITIONS OF RELEASE:**
($  ) UNSECURED ($  ) SECURED (X) PTS (X) 3RD PARTY (X) TRAVEL RESTRICTED
(X) APPROVED RESIDENCE (X) SATT ( ) PAY COSTS (X) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE (X) FIREARM (X) PASSPORT
(X) AVOID CONTACT ( ) ALCOHOL & DRUG USE (X) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

**NEXT APPEARANCE:**
_____ AT _____ AM OR PM
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) R5
( ) ARRAIGN ( ) IDENTITY ( ) OTHER JUDGE _____

(X) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS